**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ZURI SANA KABISA YOUNG, | ) | NO. CV 11-5194-AHM(E) |
| Petitioner, | ) | |
| v. | ) | ORDER ADOPTING FINDINGS, |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | ) | CONCLUSIONS AND RECOMMENDATIONS OF |
| | ) | UNITED STATES MAGISTRATE JUDGE |
| Respondent. | ) | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Motion, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that the Motion is denied and the action is dismissed without prejudice.

///

///

///

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 22, 2011

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE