JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ZURI SANA KABISA YOUNG, | ) | NO. CV 11-5194-AHM(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Motion is denied and the action is dismissed without prejudice.

DATED: September 22, 2011

JS-6

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE